IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**STACY BUCHBERGER**

           Plaintiff,           Case No. 13-CV-58

   vs.

**WALGREEN CO.**

           Defendant.

**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

     PLEASE TAKE NOTICE that the parties, through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to voluntarily dismiss, with prejudice, and without payment of costs or fees to either party, the Plaintiff's Complaint against Defendant.

Dated: December 27, 2013

                              **HAWKS QUINDEL, S.C.**
                              *Attorneys for the Plaintiff*

                          By:      */s/ Nicholas E. Fairweather*
                              Nicholas E. Fairweather
                              WI State Bar No.: 1036681
                              Email: nfairweather@hq-law.com
                              222 West Washington Avenue, Suite 450
                              Post Office Box 2155
                              Madison, Wisconsin 53701-2155
                              Telephone: 608/257-0040
                              Facsimile: 608/256-0236

**LITTLER MENDELSON, PC**
*Attorneys for the Defendant*


By: _____/s/ Laura A. Lindner_____
       Laura A. Lindner
       WI State Bar No.: 1021506
       Email: llindner@littler.com
       111 East Kilbourn Avenue
       Suite 1000
       Milwaukee, WI 53202
       Telephone: 414.291.5536
       Facsimile: 414.908.9574